IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAROLD G. AUSTIN,** | : | |
| | : | |
| Petitioner, | : | CIVIL NO. 3:CV-06-0294 |
| | : | |
| v. | : | (Judge Caputo) |
| | : | |
| **JONATHAN MINER,** | : | |
| | : | |
| Respondent. | : | |

## O R D E R

Petitioner, Harold G. Austin, a federal prisoner confined at the Allenwood United States Penitentiary in White Deer, Pennsylvania, commenced this *pro se* action with a petition for writ of habeas corpus (Doc. 1) filed pursuant to the provisions of 28 U.S.C. §2241. Respondent is Jonathan Miner. Petitioner is challenging the validity of his conviction and sentence imposed by the District of Columbia Superior Court in 1981. By Order dated May 9, 2006 (Doc. 12), this Court concluded that relief was precluded by the provisions of District of Columbia Code § 23-110(g), and the petition was summarily dismissed. Presently before the court is Petitioner's motion for reconsideration (Doc. 13) of the Order dismissing the case. The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence. *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985). Upon consideration of the pending motion, the Court finds that Petitioner has failed to provide the evidence required for a successful motion for reconsideration.

**ACCORDINGLY, THIS 9 th DAY OF JUNE, 2006, IT IS HEREBY ORDERED**

**THAT** Petitioner's motion for reconsideration (Doc. 13) is **DENIED**.

                                                /s/ A. Richard Caputo
                                                A. RICHARD CAPUTO
                                                United States District Judge